THE UNITED STATES, APPELLANTS, v. ANN M. CALLENDER, ELIZABETH CALLENDER, CHRISTOPHER G. CALLENDER, AND STANHOPE CALLENDER, OF THE STATE OF NEW YORK, AND FRANCES CALLENDER, THE WIFE OF THOMAS SLIDELL, AND CAROLINE CALLENDER, THE WIFE OF EDWARD OGDEN, OF THE STATE OF LOUISIANA, SAID PERSONS BEING THE WIDOW AND HEIRS OF THE LATE THOMAS CALLENDER; SIDONIA PIERCE LEWIS, WIFE OF PETER K. WAGNER, JOHN LAWSON LEWIS, LOUISA MARIA LEWIS, THEODORE LEWIS, ELIZA CORNELIA LEWIS, ALFRED HAMPDEN LEWIS, ALGERNON SIDNEY LEWIS, GEORGE WASHINGTON LEWIS, BENJAMIN FRANKLIN LEWIS, AND JOSHUA LEWIS, A MINOR, REPRESENTED BY ELIZA MAGIONI, THE WIDOW OF ALFRED JEFFERSON LEWIS, HIS MOTHER AND NATURAL TUTRIX, ALL OF THE STATE OF LOUISIANA; THE SAID PERSONS HEREIN ACTING AS THE HEIRS OF THE LATE JOSHUA LEWIS AND AMERICA LAWSON, HIS WIFE, AND ALSO THE COHEIRS WITH MARY P. BOWMAN OF COLUMBUS LAWSON; MARY P. LAWSON, THE WIFE OF JOHN BOW-

MAN, OF THE STATE OF TENNESSEE, COHEIR WITH THE LAST ABOVE-NAMED PERSONS OF COLUMBUS LAWSON ; CATHARINE PAULINE BA-KER, THE WIDOW OF BLAIZE CENAS, AND NOW THE WIFE OF WIL-LIAM CHRISTY, AND HILARY B. CENAS, AUGUSTUS HENRY CENAS, AND AUGUSTUS ST. JOHN, RICHARD BRENEN BLANCHÉ, AND GEORGE CHRISTY, THE LAST FOUR BEING MINORS, AND REPRESENTED BY PAULINE ST. JOHN, THE WIDOW OF PETER CENAS, THEIR MOTHER AND NATURAL TUTRIX, ALL OF THE STATE OF LOUISIANA ; JONA-THAN MONTGOMERY AND MICHEL MUSSON, THE TESTAMENTARY EX-ECUTORS OF THE LATE WILLIAM NOTT, OF THE STATE OF LOUI-SIANA, AND THE HEIRS OF NATHANIEL AMORY, OF THE STATE OF RHODE ISLAND.

THIS, like the two preceding cases, was an appeal from the District Court of the United States for the District of Louisiana, and involved the validity of the Bastrop grant. It was argued together with that of the United States against the Mayor, Aldermen, and Inhabitants of Philadelphia and New Orleans, and was included in the same judgment. See the concluding part of the opinion of the court in the last-named case.